Supreme Court, New York Special Term. Reported. N. Y. L. J., June 13, 1900.

In the Matter of the Petition of GEORGE H. MILLER to Revoke the Liquor Tax Certificate of HERMAN MENAKER.

*Royal R. Scott,* for petitioner.

LEVENTRITT, J.   It is clear that in the absence of the required number of consents the respondent was not entitled to receive or hold the certificate.   The fact that his mistake was innocent and that he believed that he had complied with the provisions of the Liquor Tax Law cannot prevent cancellation, although it should relieve from the payment of costs.

Motion granted accordingly.